UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Carlos Vasquez

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Mag 11680

Defendant ____Carlos Vasquez_____ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or _x_ teleconferencing:

__x__  Initial Appearance Before a Judicial Officer

____  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____  Bail/Detention Hearing

____  Conference Before a Judicial Officer

s/Carlos Vasquez, by the Court, w/permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Carlos Vasquez
_____
Print Defendant's Name

_[signature]_
_____
Defendant's Counsel's Signature

B. Alan Seidler
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/10/2020
_____
Date

_[signature]_
_____
U.S. District Judge/U.S. Magistrate Judge